IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MIGUEL MOLINA : CIVIL ACTION
:
v. :
:
WILLIAM HUNTER, et al. : NO. 13-2497

## O R D E R

AND NOW, this 13th day of May, 2013, upon consideration of plaintiff's motion to proceed in forma pauperis and his pro se complaint, IT IS ORDERED that:

1. The motion to proceed in forma pauperis is GRANTED.

2. Plaintiff, Miguel Molina, #EX-9912, shall pay in installments the full filing fee of $350. Based on the financial information provided by plaintiff, an initial partial filing fee of $21.36 is assessed. The Superintendent or other appropriate official at the State Correctional Institution at Forest or at any other prison at which plaintiff may be incarcerated is directed to deduct $21.36 from his inmate trust fund account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 2609 U.S. Courthouse, Philadelphia, PA 19106, to be credited to Civil Action No. 13-2497. After the initial partial filing fee is collected and until the full filing fee is paid, the Superintendent or other appropriate official at the State Correctional Institution at Forest or at any prison at which plaintiff may be incarcerated, shall deduct from plaintiff account, each time that his inmate trust fund account exceeds $10, an amount no greater than 20

percent of the money credited to his account during the preceding month and forward that amount to the Clerk of Court at the address provided above to be credited to Civil Action No. 13-2497.

3. The complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons discussed in the Court's Memorandum. Plaintiff's malicious prosecution claims related to the criminal proceedings that are still pending in state court are dismissed without prejudice to his ability to reassert those claims in the event the proceedings terminate in his favor. All remaining claims are dismissed with prejudice.

4. The Clerk of Court is directed to send a copy of this order to the Superintendent of the State Correctional Institution at Forest.

5. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
C. DARNELL JONES, II, J.